**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
**GOLDEN LAW A.P.C.**
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 878-3521

Attorneys for Defendant:
RANCHO 76, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| GERARDO HERNANDEZ, | Case No. 5:22-CV-00472-VKD |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT, RANCHO 76, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| RANCHO 76, INC; LOS ALTOS RANCHO SHOPPING CENTER L.P., | |
| Defendants. | Complaint Filed: January 24, 2022 |
| | Re: Dkt. No. 8 |

**IT IS HEREBY STIPULATED** by and between Plaintiff, GERARDO HERNANDEZ ("Plaintiff"), and Defendant, RANCHO 76, INC. ("RANCHO 76"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rule 6-1, RANCHO 76 may have to and including April 19, 2022, to file a responsive pleading in this matter, as RANCHO 76 is investigating the claims and is interested in engaging in settlement negotiations without the cost and expense of filing a responsive pleading. This does not alter the date of any event, or any deadline already scheduled by the Court, and this is the first extension provided by Plaintiff.

DATED: March 4, 2022                                    GOLDEN LAW A.P.C.

                                                        By  /s/ *Rachelle Taylor Golden*
                                                            RACHELLE TAYLOR GOLDEN
                                                            Attorney for Defendant,
                                                            RANCHO 76, INC.

DATED: March 9, 2022                                    MOORE LAW FIRM, P.C.

                                                        By  /s/ *Tanya Moore*
                                                            TANYA MOORE
                                                            Attorney for Plaintiff,
                                                            GERARDO HERNANDEZ

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the invididual(s) whose electronic signature is attributed above.

                                                        By  /s/ *Rachelle Taylor Golden*
                                                            RACHELLE TAYLOR GOLDEN
                                                            Attorney for Defendant,
                                                            RANCHO 76, INC.

////

**IT IS SO ORDERED**, Defendant, RANCHO 76, INC., shall have up to and including April 19, 2022, to file a responsive pleading.

DATE: March 10, 2022

~~United States District Court Judge~~

Virginia K. DeMarchi
United States Magistrate Judge