United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ALTOS RANCHO SHOPPING CENTER, L.P.,<br><br>    Defendant. | Case No. 22-cv-00472-VKD<br><br>**ORDER TO SHOW CASE RE SETTLEMENT**<br><br>Re: Dkt. No. 50 |

The parties advise that they have settled this matter. Dkt. No. 50. All previously scheduled deadlines and appearances are vacated. On or before **July 21, 2023**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **August 1, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **July 25, 2023** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: June 20, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge